IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRANCE JACKSON,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4869

Opinion filed November 13, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Terrance Jackson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied on the merits.

BENTON, ROBERTS, and RAY, JJ., CONCUR.